**IN THE UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>*EX REL* MATHEW J. REHAK, JR. | * | |
| | * | |
| Plaintiff | | |
| | * | |
| v. | | |
| | * | |
| PSYCHOTHERAPEUTIC<br>REHABILITATION SERVICES, INC.,<br>et al. | * | Civil Action No.:  S-01-2022 |
| | * | |
| Defendants | | |
| | * | |

**DEFENDANT, ARUNDEL LODGE, INC.'S MOTION TO DISMISS**
**PLAINTIFF'S AMENDED COMPLAINT**

Arundel Lodge, Inc. ("Arundel Lodge"), by its undersigned counsel, Council, Baradel, Kosmerl & Nolan, P.A. and Wayne T. Kosmerl, moves this Court to dismiss the Amended Complaint filed by Plaintiff for the following reasons:

1.      The Amended Complaint fails to state a claim upon which relief can be granted as required by Federal Rule of Procedure 12(b).

2.      The Amended Complaint fails to present sufficient particularity with regard to the averments of fraud or mistake as required by Federal Rule of Procedure 9(b).

3.      Arundel Lodge joins in all Motions to Dismiss filed by the other Defendants in this case and incorporates such arguments into its Motion to Dismiss as if the same were fully set forth herein.

4.      The grounds of this Motion are more fully set forth in the Memorandum in Support filed herewith.

Respectfully submitted,

COUNCIL, BARADEL,
KOSMERL & NOLAN, P.A.

By:    _____
WAYNE T. KOSMERL
Post Office Box 2289
125 West Street, 4th Floor
Annapolis, Maryland 21404-2289
Telephone: (410) 268-6600
Federal Bar No.:  00541

Attorneys for Defendant, Arundel Lodge, Inc.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this _____ day of March, 2003, a copy of the foregoing Defendant's Motion to Dismiss Plaintiff's Amended Complaint was mailed, first class postage prepaid, to the following:

John E. Coppock, Jr., Esquire
20 Park Avenue
Baltimore, Maryland 21201
*Attorney for Plaintiff*

Psychotherapeutic Rehabilitation Services, Inc.
c/o Randall L. Cooper, CPA
415 Washington Avenue
P. O. Box 74
Chestertown, Maryland 21620

Psychotherapeutic Treatments, Services, Inc.
c/o Randall L. Cooper, CPA
415 Washington Avenue
P. O. Box 74
Chestertown, Maryland 21620

Volunteers of America Chesapeake, Inc.
c/o William J. McKenney
7901 Annapolis Road
Lanham, Maryland 20706

The Affiliated Sante Group, Inc.
c/o Irving Greenberg, Esquire
600 E. Jefferson Street
Rockville, Maryland 20852

 

 

 
_____

WAYNE T. KOSMERL