IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MARYLAND

UNITED STATES OF AMERICA           *
*EX REL* MATHEW J. REHAK, JR.
                                                    *

    Plaintiff
                                                    *

v.
                                                    *

PSYCHOTHERAPEUTIC
REHABILITATION SERVICES,           *     Civil Action No.:  S-01-2022
INC., et al.
                                                    *

    Defendants
                                                    *

**DEFENDANT, ARUNDEL LODGE, INC.'S REPLY TO
RELATOR'S OPPOSITION TO MOTION TO DISMISS**

    Arundel Lodge, Inc. ("ALI"), by its undersigned counsel, Council, Baradel, Kosmerl & Nolan, P.A. and Wayne T. Kosmerl, filed a Motion to Dismiss the Relator's Amended Complaint upon the grounds that the Amended Complainant failed to state a claim upon which relief could be granted and failed to state with sufficient particularity averments of fraud or mistake as required by Rule 9. Relator filed a Motion for Leave to Amend the Amended Complaint, a Second Amended Complaint and an Answer to ALI's Motion to Dismiss. Relator has now filed a Second Amended Complaint. Said Second Amended Complaint should be dismissed because:

    A.   The Second Amended Complaint still fails to plead fraud with the necessary particularity and fails to state a claim under the False Claims Act.

    B.   Relator has failed to establish good cause as to why the Amended Complaint was not served as required by Rule 4(m).

    C.   The reasons for the dismissal of Relator's Second Amended Complaint have been fully set forth in the responses

filed by the Co-Defendants and ALI adopts and incorporates said arguments in support of its reply.

>Respectfully submitted,
>
>COUNCIL, BARADEL,
>KOSMERL & NOLAN, P.A.
>
>By: _____
>WAYNE T. KOSMERL
>Post Office Box 2289
>125 West Street, 4th Floor
>Annapolis, Maryland 21404-2289
>Telephone: (410) 268-6600
>Federal Bar No.:  00541
>
>Attorneys for Defendant,
>Arundel Lodge, Inc.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this _____ day of April, 2003, a copy of the foregoing Defendant's Reply to Relator's Opposition to Motion to Dismiss was mailed, first class postage prepaid, and transmitted by e-mail, to the following:

John E. Coppock, Jr., Esquire
20 Park Avenue
Baltimore, Maryland 21201
Jcoppock2@hotmail.com
*Attorney for Plaintiff*

Brian S. Goodman, Esquire
Nicole E. Ames, Esquire
Fedder and Garten, P.A.
2300 Charles Center South
36 South Charles Street
Baltimore, Maryland 21201
*Attorney for Psychotherapeutic Treatment Services, Inc. and Psychotherapeutic Rehabilitation Services, Inc.*

Irving Greenberg, Esquire
David Keith Felsen
Greenberg, Felsen & Sargent, LLC
600 E. Jefferson Street, Suite 201
Rockville, Maryland 20852
midasa@msn.com
*Attorneys for Defendant, Affiliated Sante Group*


Robert L. Pierson, Esquire
Pierson & Pierson
One Calvert Plaza, Suite 1420
201 East Baltimore Street
Baltimore, Maryland 21202
Rl.pierson@verizon.net
*Attorney for Volunteers of America Chesapeake, Inc.*


S. Hollis Fleischer
Office of the United States Attorney
U.S. Courthouse Federal Garmatz Building
101 West Lombard Street
Baltimore, Maryland 21202


Jamie M. Bennett, Esquire
Assistant United States Attorney
6625 United States Courthouse
101 West Lombard Street
Baltimore, Maryland 21202-2962
Jamie.Bennett@usdoj.gov


                                                WAYNE T. KOSMERL