```
         IN THE UNITED STATES DISTRICT COURT FOR
        THE DISTRICT OF MARYLAND, NORTHERN DIVISION

                                  *
UNITED STATES OF AMERICA          *
ex rel. MATHEW J. REHAK, JR.
     Plaintiff,                   *

v.                                *    CIVIL ACTION NO:  S-01-2022

PSYCHOTHERAPEUTIC                 *
REHABILITATION SERVICES, INC.
et al.
     Defendants.                  *

*    *    *    *    *    *    *    *    *    *    *    *    *
```

<u>ORDER</u>

For the reasons stated in the Memorandum Opinion issued on this day, it is this <u>2nd</u> day of April, 2003, ORDERED that:

    1.   The Motion to Dismiss of Affiliated Sante Group BE and it hereby IS GRANTED;

    2.   The Motion to Dismiss of Psychotherapeutic Rehabilitation Services, Inc. and Psychotherapeutic Treatment Services, Inc. BE and it hereby IS GRANTED;

    3.   The Motion to Dismiss of Volunteers of America Chesapeake, Inc. BE and it hereby IS GRANTED;

    4.   The Motion to Dismiss of Arundel Lodge, Inc. BE and it hereby IS GRANTED;

    5.   Plaintiff's Motion for Leave to Amend the Complaint BE and it hereby IS GRANTED;

    6.    Plaintiff's Second Amended Complaint Be and it hereby

IS DISMISSED WITH PREJUDICE;

    7.    The Clerk of the Court CLOSE this case; and

    8.    That the Clerk of the Court send copies hereof and the foregoing Memorandum Opinion to counsel.

    /s/

_____
William D. Quarles, Jr.
United States District Court Judge